NEW ENGLAND SAVINGS BANK *v.* BIJAN BAHRAMIAN ET AL.
(11889)

DUPONT, C. J., HEIMAN and SPEAR, Js.

Argued May 9—decision released June 14, 1994

*Bijan Bahramian,* pro se, and *Bahin Bahramian,* pro se, the appellants (defendants), filed a brief.

*Edward B. O'Connell,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.